UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

CHRISTINE CASETEALLNO, :
NICHOLAS GRAVANTE, JR.,
and RICHARD GRAVANTE, :

                Plaintiffs, :      16-CV-4171 (RJD) (VMS)

          - against - :      **STIPULATION OF**
                                          **VOLUNTARY DISMISSAL**
ELINOR GRAVANTE, :

                Defendant. :

-------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by and between the parties by their undersigned counsel that the complaint in the above-captioned action is hereby voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice and without costs to any party.

*s/Roland G. Riopelle*                                  *s/T. Barry Kingham*
Roland G. Riopelle                                        T. Barry Kingham
Attorney for Plaintiffs Christine Castellano,    Attorney for Defendant Elinor Gravante
Nicholas Gravante, Jr., and Richard Gravante

Sercarz & Riopelle, LLP                         Curtis, Mallet-Prevost, Colt & Mosle LLP
810 Seventh Avenue                                 101 Park Avenue
New York, New York 10019                    New York, New York 10178
Phone: 212-586-4900                             Phone: 212-696-6046
Email: rriopelle@sercarzandriopelle.com    Email: bkingham@curtis.com

Dated: August 31, 2016                              Dated: August 31, 2016